UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOFA MOE'ALO TUPOU,

Plaintiff,

v.

A. SANUDO, et al.,

Defendants.

Case No. 26-cv-01409-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Tofa Moe'alo Tupou has not responded to the Clerk's Notices to file a signed complaint on this Court's form and a motion to proceed in forma pauperis (or pay the $405.00 filing fee). (Dkt. Nos. 3 and 4.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Tupou may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a signed complaint on this Court's form; and (iii) contain a complete application to proceed in forma pauperis or full payment for the $405.00 filing fee.

Tupou's motion to preserve evidence and for the appointment of counsel is DENIED. (Dkt. No. 2.) He may refile such a motion along with his motion to reopen.

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 14, 2026

_____
WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California